UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY ROGERS on behalf of himself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff | ) |
| v. | ) No. 3:09-1173<br>) Judge Sharp/Brown<br>) **Jury Demand** |
| HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a SUMMIT MEDICAL CENTER, | )<br>)<br>)<br>) |
| Defendant | ) |
| ALBERTA McBRIDE, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff | ) |
| v. | ) No. 3:10-0620<br>) Judge Sharp/Brown<br>) **Jury Demand** |
| HTI MEMORIAL HOSPITAL CORPORATION d/b/a SKYLINE MEDICAL CENTER, | )<br>)<br>)<br>) |
| Defendant | ) |

**O R D E R**

A telephone conference was held with the parties on October 24, 2013. The parties have completed one mediation session in this matter and have a second session scheduled for November 4, 2013. If the cases do not settle, a further telephone conference is set for **10:00 a.m., Thursday, October 31, 2013**. The parties are requested, the day prior to the telephone conference, to submit a draft scheduling for both cases. If the parties advise that they

have reached a settlement, then this telephone conference is canceled.

The parties advised that regardless of whether the case settled, they are in agreement that the Defendant HCA, Inc. should be dismissed from the case and they will submit an appropriate order dismissing HCA, Inc.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge