UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALBERTA McBRIDE, on behalf of )
herself and all others )
similarly situated, )
                                )
          Plaintiff             )
                                )        No. 3:10-0620
v.                              )        Judge Sharp/Brown
                                )        **Jury Demand**
HTI MEMORIAL HOSPITAL           )
CORPORATION d/b/a               )
SKYLINE MEDICAL CENTER,         )
                                )
          Defendant             )

### SUPPLEMENTAL CASE MANAGEMENT ORDER

Pursuant to Local Rule 16.01(d)(2), the following Initial Case Management Plan is **adopted**.

**1.    Class Certification.** Plaintiff filed a Motion to Conditionally Certify the class on May 14, 2012. Defendant will have up to and including **January 17, 2014**, to file a response. Plaintiff will have **14 days** from the date of the filing of Defendant's response to file a reply.

**2.    Subsequent Case Management Conference.** After the class certification motion is decided, the parties will submit a draft scheduling order within **14 days** and schedule a telephone conference with the Magistrate Judge to finalize a scheduling order and secure a trial date.

It is so **ORDERED**.

/s/    Joe B. Brown
JOE B. BROWN
United States Magistrate Judge